**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2041**

---

JEWEL DALE,

        Plaintiff - Appellant,

    v.

NORTH CAROLINA SCHOOL OF SCIENCE AND MATHEMATICS FOUNDATION,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, Senior District Judge.  (1:23-cv-00501-LCB-LPA)

---

Submitted:  May 20, 2025                                    Decided:  June 9, 2025

---

Before NIEMEYER, HARRIS, and BERNER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jewel Dale, Appellant Pro Se.  Edward S. Schenk, III, Killian K. Wyatt, WILLIAMS MULLEN, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jewel Dale appeals the district court's order granting Defendant's motion for judgment on the pleadings and dismissing her pro se employment discrimination and retaliation complaint. We have reviewed the record and find no reversible error because the party Dale named as Defendant in her complaint was not her employer. Accordingly, we affirm the district court's order. *Dale v. N.C. Sch. of Sci. & Mathematics Found.*, No. 1:23-cv-00501-LCB-LPA (M.D.N.C. Sept. 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2